

# Fourth Court of Appeals
## San Antonio, Texas

September 8, 2021

No. 04-21-00257-CV

Michael **SHANNON,** Director of Development Services Department, City of San Antonio, Texas; and City of San Antonio, Texas,
Appellants

v.

Arlene W. **BLAIR** and Plaintiff Class Petitioners,
Appellees

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2020-CI-23022
Honorable Mary Lou Alvarez, Judge Presiding

# O R D E R

Appellants' brief was originally due August 16, 2021. We granted appellants' first motion for extension of time, extending the deadline for filing the brief to September 16, 2021. On September 7, 2021, appellants filed a motion requesting an additional extension of time to file the brief until October 18, 2021, for a total extension of 60 days. After consideration, we **GRANT** the motion and **ORDER** appellants to file their brief **by October 18, 2021**.

Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of September, 2021.

MICHAEL A. CRUZ, Clerk of Court